# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| KEVIN GARBER t/a<br>CARPENTRY UNLIMITED, | § § | No. 185, 2017 |
| | § | |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. N16A-05-012 |
| NEW CASTLE COUNTY | § | |
| DEPARTMENT OF LAND USE | § | |
| AND NEW CASTLE COUNTY | § | |
| BOARD OF LICENSE, | § | |
| INSPECTION & REVIEW, | § | |
| | § | |
| Respondents Below, | § | |
| Appellees. | § | |

Submitted: November 1, 2017
Decided: November 3, 2017

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

This 3rd day of November 2017, after careful consideration of the parties' briefs, oral argument, and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its order dated March 31, 2017.[1]

---

[1] *Garber v. New Castle Cty. Dep't of Land Use*, 2017 WL 1224510 (Del. Super. Ct. March 31, 2017).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

/s/ Gary F. Traynor
Justice